# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,    :    Case No. 3:13-cr-098

                                            District Judge Thomas M. Rose
- vs -                                    Magistrate Judge Michael R. Merz

THOMAS GENE JORDAN, JR.,

                Defendant.    :

## RECOMMITTAL ORDER

      This case is before the Court on Defendant's Objections (ECF No. 78) to the Magistrate Judge's Report and Recommendations (ECF No. 77).

      The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 31, 2016                                                                THOMAS M. ROSE

                                                                                     _____
                                                                                 Thomas M. Rose
                                                                      United States District Judge