# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,      :      Case No. 3:13-cr-098

                                          District Judge Thomas M. Rose
- vs -                              Magistrate Judge Michael R. Merz

THOMAS GENE JORDAN, JR.,

                Defendant.      :

## ORDER GRANTING RELIEF FROM JUDGMENT AND RECOMMITTING THE CASE TO THE MAGISTRATE JUDGE FOR FURTHER REPORT

      This case is before the Court on remand from the United States Court of Appeals for the Sixth Circuit (ECF No. 83) to allow this Court to do what it indicated to that court it would do on remand, to wit, reopen the judgment in this case to permit the Court to consider on the merits the Objections that are part of Defendant's Motion for Reconsideration (Doc. No. 76).

      Accordingly, the Order Adopting Supplemental Report and Recommendations (ECF No. 72) is VACATED and this case is returned to the Magistrate Judge, pursuant to Fed. R. Civ. P. 72(b)(3) with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 29, 2017.                                                              *s/THOMAS M. Rose

                                                                                                          _____
                                                                                                   Thomas M. Rose
                                                                                     United States District Judge